UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                          CASE NO. 08 B 24610
                                                                CHAPTER 13
LINDA A BAILEY

                                                                JUDGE JANET S BAER

DEBTOR                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  JPMORGAN CHASE BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 5 | 5993 ARRS 669 E 152N | $6,945.35 | $6,945.35 | $6,945.35 |
| Total Amount Paid by Trustee | | | | | $6,945.35 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**   Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-24610-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 21st day of November, 2013.

Debtor:
LINDA A BAILEY
669 E 152ND ST
DOLTON, IL  60419

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
JPMORGAN CHASE BANK
PO BOX 182349 MC OH4 7133
COLUMBUS, OH  43218

Mortgage Creditor:
WASHINGTON MUTUAL
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE ROAD STE 100
BURR RIDGE, IL  60527

Mortgage Creditor:
WASHINGTON MUTUAL
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE ROAD STE 100
BURR RIDGE, IL  60527

Mortgage Creditor:
CLERK FIRST MUN DIV
50 W WASHINGTON ST #1001
CHICAGO, IL  60602

Mortgage Creditor:
CLERK FIRST MUN DIV
50 W WASHINGTON ST #1001
CHICAGO, IL  60602

Mortgage Creditor:
WASHINGTON MUTUAL
7255 BAYMEADOWS WAY
MAILSTOP JAXB2007
JACKSONVILLE, FL  32256

Mortgage Creditor:
JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE, LA  71203

ELECTRONIC SERVICE - United States Trustee

Date:  November 21, 2013

/s/ TOM VAUGHN
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603